IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY MULLINS                                                          PLAINTIFF

VS.                                  NO: 4:09CV00850

KARL BYRD, in his Official Capacity
as Sheriff of FAULKNER COUNTY,
ARKANSAS; LT. PORTER, LT. SHOCK,
and JAILER DODSON, Individually and
in their Official Capacities                                             DEFENDANTS

## ORDER

Pending is Plaintiff's motion to dismiss. (Docket # 10). Plaintiff's motion is GRANTED. Plaintiff's claims against Lt. Shock and Jailer Dodson are hereby dismissed without prejudice, each party bearing its own fees and costs.

IT IS SO ORDERED this 27th day of May, 2010.

_____
James M. Moody
United States District Judge