### *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ANTHONY MULLINS                                                          PLAINTIFF

vs.                              CASE NO. 4:09cv00850 JMM

KARL BYRD, et al                                                        DEFENDANTS


### ORDER OF DISMISSAL

The Court has been advised that this case has been settled following a settlement conference before Magistrate Judge J. Thomas Ray

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The jury trial scheduled March 21, 2011, is canceled.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 2nd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE